**Michael A. BAYLOR, Plaintiff–Appellant,**

v.

**Larry A. WASHINGTON; L. Johnson, Lieutenant; Thomas Corcoran; K.O. Williams, Sergeant; William Smith; Doctor Peters, Defendants–Appellees.**

No. 02–6372.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Michael A. Baylor, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael A. Baylor appeals the district court's order granting summary judgment to the Defendants and denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Baylor v. Washington*, No. CA–00–384–L (D.Md. Feb. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*